IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GERALD STORCH, JR.,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5152

_____/

Opinion filed April 17, 2015.

Petition for Writ of Prohibition.

Jeffrey E. Lewis, Criminal Conflict & Civil Regional Counsel, and S. Nicole Jamieson, Assistant Regional Conflict Counsel, Yulee, for Petitioner.

Pamela Jo Bondi, Attorney General, and Lauren L. Brudnicki, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      The petition is denied without prejudice to petitioner's submitting the matter to the jury as an affirmative defense in his criminal trial. See Mederos v. State, 102 So. 3d 7, 11 (Fla. 1st DCA 2012); Peterson v. State, 983 So. 2d 27, 29 (Fla. 1st DCA 2008).

ROBERTS, SWANSON, and BILBREY, JJ., CONCUR.